FILED

04/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0151

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0151

_____

RALPH HUTT,

    Plaintiff and Appellee,

v.

                                             O R D E R

MARYLAND CASUALTY CORPORATION,

    Defendant and Appellant.

_____

Counsel for Appellant and Appellee have filed a Joint Motion to Stay Proceedings in this matter. The parties engaged in mediation and ask the Court for additional time to complete the settlement.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties have until May 31, 2023, within which to file a stipulation for dismissal or a report on the status of this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 4 2023